UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-1FL

UNITED STATES OF AMERICA        )
                                  )
          v.                )              ORDER
                                  )
GILBERT ERNESTO SHERWOOD    )

    This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearm associated with the above captioned case.

    For good cause shown, the court hereby GRANTS the government's motion, and orders the Drug Enforcement Administration to dispose of the (1) a Cobray M-11 9mm Pistol Serial Number 89-004432; (2) a Manchester Arms Commando Mini 9, 9mm short barrel rifle serial number 9P00010; (3) a Mosin Nagant .30 caliber bolt action rifle serial number 15764; (4) a Taurus Model 85 .39 Special Revolver serial number EH74550; (5) a Norcino Arms Model SKS 7.62X39 caliber serial number 76001050; (6) an Eddy Stone US Model 1917 30.06 caliber rifle serial number 401186; (7) an Enfield MK-I 1943 .303 caliber serial number 46L0469, by destruction, incapacitation, or other means in accordance with its regulations.

    This the __30th__ day of _____March_____, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge